UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Magistrate 20-16233 |
| TAMEEKA HUTCHINS | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9453410 against defendant Tameeka Hutchins, which was filed on August 25, 2020 charging him with: Criminal Possession of a Controlled Substance, for the reason that prosecution of defendant Tameeka Hutchins is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Tameeka Hutchins of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Philip Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. DOUGLAS E. ALPERT
United States Magistrate Judge

Dated:    7/21/22